**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLAS REYES VALLEJO,<br><br>      Petitioner,<br><br>  v.<br><br>MICHAEL L. BENOV,<br><br>      Respondent. | Case No. 1:13-cv-00382-AWI-BAM-HC<br><br>ORDER RE: FINDINGS AND RECOMMENDATIONS (DOC. 17)<br><br>ORDER GRANTING RESPONDENT'S MOTION TO DISMISS THE FIRST AMENDED PETITION AS MOOT (DOC. 16)<br><br>ORDER DISMISSING THE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS AS MOOT (DOC. 8) AND DIRECTING THE CLERK TO CLOSE THE CASE |

    Petitioner is a federal prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 through 304.

    On June 3, 2014, the Magistrate Judge filed findings and recommendations to grant Respondent's motion to dismiss the petition, dismiss the petition as moot, and direct the clerk to close the action.  The findings and recommendations were served on the parties on the same date.  The findings and recommendations informed the parties that objections could be filed within thirty

1

(30) days of service, and replies to objections within fourteen days after the filing of objections. Although the thirty-day period for the filing of objections has passed, no objections have been filed. The copy of the findings and recommendations served by mail on Petitioner was returned on July 2, 2014, as undeliverable. However, pursuant to Local Rule 182(f), service at the address listed on the docket remains fully effective in the absence of a notification of change of address.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the report and recommendations are supported by the record and proper analysis. Thus, the Court will adopt the findings and recommendations in full.

Accordingly, it is ORDERED that:

1) The findings and recommendations filed on June 3, 2014, are ADOPTED in full; and

2) Respondent's motion to dismiss the petition is GRANTED; and

3) The petition for writ of habeas corpus is DISMISSED as moot; and

4) The Clerk is DIRECTED to close the case because this dismissal terminates it in its entirety.

IT IS SO ORDERED.

Dated: July 23, 2014                              _____
                                                  SENIOR DISTRICT JUDGE

2